IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:10-CV-186-FL

| | |
|---|---|
| KATHLEEN LUPTON SIMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL ASTRUE, )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>Defendant. ) | <u>CONSENT ORDER</u> |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and that Plaintiff has assigned to her attorney the right to collect the fee, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of the Social Security Administration should pay the sum of $3,701.44 for attorney fees plus $350 in expenses in full and final settlement of all claims arising from the above captioned case and due against the Social Security Administration pursuant to the Equal Access for Justice Act (EAJA). 20 U.S.C. §2412(d):

It is ORDERED that the Commissioner of Social Security pay the sums of $3,701.44 in attorney fees and $350 for reimbursement of expenses associated with this matter in full satisfaction of any and all claims arising under EAJA, 28 U.S.C.§2412(d). Such payments should be sent to:

    Kathleen Shannon Glancy, P.A.
    114 South Front Street
    Wilmington, NC 28401

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office address above in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney fees under EAJA.

Upon the payment of such sums, this case is dismissed with prejudice.

This the 11th day of May, 2011.

_____
LOUISE W. FLANAGAN
United States District Judge


CONSENTED TO:

/s/Barbara von Euler
Barbara von Euler
Attorney For Plaintiff
Kathleen Shannon Glancy, P.A.
114 South Front Street
Wilmington, NC 28401
Telephone: (910)762-6091
Fax: (910)763-2967
E-mail: BvonEuler@glancynet.com
N.C. State Bar No. 13141


/s/Eskunder R.T. Boyd
Eskunder R.T. Boyd
Special Assistant United States Attorney
Attorney for Defendant
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410)965-6226
Fax: (410)597-0137
Eskunder.Boyd@ssa.gov
Maryland Bar